ACCEPTED
06-18-00034-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/17/2018 4:36 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| **Appellate Docket Number:** | 06-18-00034-CV |
| **Appellate Case Style:** | Martin E. McGonagle |
| **Vs.** | Texas Medical Board, et al. |
| **Companion Case(s):** | D-1-GN-16-004188 |

Amended/Corrected Statement

# DOCKETING STATEMENT (Civil)

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/17/2018 4:36:49 PM
DEBBIE AUTREY
Clerk

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

## I. Appellant

× Person     Organization

Name: Martin E. McGonagle, M.D.

     Pro Se

***If Pro Se Party, enter the following information:***

Address: 510 E. Hwy 377

City/State/Zip: Granbury, Texas 76048

Tel. (214) 557-0459     Ext.     Fax:

Email:

## II. Appellant Attorney(s)

× Lead Attorney     Retained

Name: Elizabeth G. Bloch

Bar No. 02495500

Firm Name: Husch Blackwell LLP

Address 1: 111 Congress Avenue

Address 2: Suite 1400

City/State/Zip: Austin, Texas 78701

Tel. (512) 472-5456     Ext.     Fax: (512) 479-1101

Email: heidi.bloch@huschblackwell.com

  Lead Attorney     Retained

Name: Lorinda G. Holloway

Bar No. 00798264

Firm Name: Husch Blackwell LLP

Address 1: 111 Congress Avenue

Address 2: Suite 1400

City/State/Zip: Austin, Texas 78701

Tel. (512) 472-5456     Ext.     Fax: (512) 479-1101

Email: lorinda.holloway@huschblackwell.com

## II. Appellant Attorney(s) - Continued

  Lead Attorney     Retained

Name: Julian L. Rivera

Bar No. 00797325

Firm Name: Husch Blackwell LLP

Address 1: 111 Congress Avenue

Address 2: Suite 1400

City/State/Zip: Austin, Texas 78701

Tel. (512) 472-5456     Ext.     Fax: (512) 479-1101

Email: julia.rivera@huschblackwell.com

  Lead Attorney     Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

  Lead Attorney     Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

| III. Appellee | IV. Appellee Attorney(s) - Continued |
|---|---|
| ☐ Person ☒ Organization | ☐ Lead Attorney        ☐ Select |
| Name: Texas Medical Board, et al. | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm Name: |
| Address: 333 Guadalupe, Tower 3, Suite 610 | Address 1: |
| City/State/Zip: Austin, Texas 78701 | Address 2: |
| Tel. (512) 305-7010   Ext.        Fax: | City/State/Zip: |
| Email: | Tel.        Ext.        Fax: |
| **IV. Appellee Attorney(s)** | Email: |
| ☒ Lead Attorney        ☐ District/County Attorney | |
| Name: Ted A. Ross | ☐ Lead Attorney        ☐ Select |
| Bar No. 2400889 | Name: |
| Firm Name: Office of the Attorney General of Texas | Bar No. |
| Address 1: P.O. Box 12548 | Firm Name: |
| Address 2: | Address 1: |
| City/State/Zip: Austin, Texas 78711 | Address 2: |
| Tel. (512) 475-4191   Ext.        Fax: (512) 457-4674 | City/State/Zip: |
| Email: ted.ross@oag.texas.gov | Tel.        Ext.        Fax: |
| | Email: |
| ☐ Lead Attorney        ☐ Select | |
| Name: | ☐ Lead Attorney        ☐ Select |
| Bar No. | Name: |
| Firm Name: | Bar No. |
| Address 1: | Firm Name: |
| Address 2: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.        Ext.        Fax: | Tel.        Ext.        Fax: |
| Email: | Fax: |
| | Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Administrative Appeal

Date Order or Judgment signed: 04/02/2018        Type of Judgment: Bench Trial

Date Notice of Appeal filed in Trial Court: 05/19/2018

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:        Yes    × No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

---

Accelerated Appeal (See TRAP 28):        Yes    × No

    If yes, please specify statutory or other basis on which appeal is accelerated:

---

Parental Termination or Child Protection? (See TRAP 28.4):        Yes    × No

Permissive? (See TRAP 28.3):        Yes    × No

    If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):        Yes    × No

    If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?        Yes    × No

    If yes, please specify statutory or other basis for such status:

---

Does this case involve an amount under $100,000?        × Yes        No

Judgment or Order disposes of all parties and issues?        × Yes        No

Appeal from final judgment?        × Yes        No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?        Yes    × No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:        Yes  × No        If yes, date filed:

Motion to Modify Judgment:        Yes  × No        If yes, date filed:

Request for Findings of Fact and Conclusions of Law:

                         × Yes        No        If yes, date filed: 04/20/2018

Motion to Reinstate:        Yes  × No        If yes, date filed:

Motion under TRCP 306a:        Yes  × No        If yes, date filed:

Other:        Yes  × No

    If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court?          Yes   × No

    If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?          Yes   × No

    If yes, date filed:

Was there any hearing on appellant's ability to afford court costs?          Yes   × No

    Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145?          Yes   × No

    Date of Order:

    If yes, trial court finding:          Challenge Sustained          Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

    Yes   × No

If yes, please attach a copy of the petition.

Date bankruptcy filed:

Bankruptcy Case Number:

## IX. Trial Court and Record

| | |
|---|---|
| Court: 250th Judicial District | **Clerk's Record** |
| County: Travis | Trial Court Clerk: ✓ District          County |
| Trial Court Docket No. (Cause No.):<br>  D-1-GN-16-004188 | Was Clerk's record requested? ✓ Yes          No |
| |   If yes, date requested: 05/16/2018 |
| Trial Court Judge (who tried or disposed of the case): |   If no, date it will be requested: |
|   Name: The Honorable Lora Livingston | Were payment arrangements made with clerk? |
|   Address 1:  1st Judical District |     Yes          No          Indigent |
|   Address 2:  1000 Guadalupe, 3rd Floor | **(Note: No request required under TRAP 34.5(a),(b).)** |
|   City/State/Zip:  Austin, Texas 78701 | |
|   Tel. (512) 854-9309 Ext.          Fax: (512) 854-9332 | |
|   Email: | |

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?   × Yes     No

Was Reporter's Record requested?   × Yes     No

    If yes, date requested: 05/16/2018

    If no, date it will be requested:

Was the Reporter's Record electronically recorded?   × Yes     No

Were payment arrangements made with the court reporter/court recorder?     Yes     No     Indigent

| × Court Reporter        Court Recorder<br>× Official             Substitute<br>Name:  Lasonya Thomas<br>Address 1:  361st District Court, Room 327<br>Address 2:  1000 Guadalupe, 3rd Floor<br>City/State/Zip:  Austin ,Texas 78701<br>Tel. (512) 854-9331 Ext.          Fax:<br>Email: lasonya.thomas@traviscountytx.gov | Court Reporter        Court Recorder<br>Official             Substitute<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.               Ext.          Fax:<br>Email: |
|---|---|

## X. Supersedeas Bond

Supersedeas bond filed?     Yes   × No

    If yes, date filed:

    If no, will file?     Yes   × No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?     Yes   × No

    If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation
### (Complete section if filing in the 1st, 2nd, 5th, 6th, 8th, 10th, 13th, or 14th Court of Appeals.)

Should this appeal be referred to mediation?     Yes   × No

    If no, please specify:

Has this case been through an ADR procedure?     Yes   × No

    If yes, who was the mediator?

    What type of ADR procedure?

    At what stage did the case go through ADR?     Pre-Trial     Post-Trial     Other

      If other, please specify:

Type of Case?  Administrative Appeal

    Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

    This is an administrative appeal involving errors of law by TMB in issuing sanctions against Appellant.

How was the case disposed of? Final Judgment following a bench trial.

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

    If money judgment, what was the amount? Actual damages:  None

    Punitive (or similar) damages:  None

    Attorney's fees (trial):  None

    Attorney's fees (appellate):  None

    Other:  found violation of APA

      If other, please specify:  TMB abused discretion and exceeded authority in issuing ordering para. 1

Will you challenge this Court's jurisdiction?     Yes   × No

Does judgment have language that one or more parties "take nothing"?     Yes   × No

Does judgment have a Mother Hubbard clause?     Yes   × No

Other basis for finality:  Remanded for TMB proceedings consistent with ruling.

| XII. Alternative Dispute Resolution/Mediation - Continued |
|---|
| **(Complete section if filing in the 1st, 2nd, 5th, 6th, 8th, 10th, 13th, or 14th Court of Appeals.)** |

Rate the complexity of the case (use 1 for least and 5 for most complex):    1    2 × 3    4    5

Please make my answer to the preceding questions known to other parties in this case? × Yes    No

Can the parties agree on an appellate mediator?    Yes × No

If yes, please give the name, address, telephone, fax, and email address:

Name:

Address:

Telephone:                    Ext.

Fax:

Email:

Languages other than English in which the mediator should be proficient:


Name of the person filling out mediation section of docketing statement:


| XIII. Related Matters |
|---|
| List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style. |

Court: Select Appellate Court                    Docket:

Style:

Vs.

Court: Select Appellate Court                    Docket:

Style:

Vs.

Court: Select Appellate Court                    Docket:

Style:

Vs.

Court: Select Appellate Court                    Docket:

Style:

Vs.

Court: Select Appellate Court                    Docket:

Style:

Vs.

Court: Select Appellate Court                    Docket:

Style:

Vs.

| XIV. Pro Bono Program: |
| :--- |
| **(Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)** |

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program? ☐ Yes ☒No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal? ☐ Yes ☒No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines? ☐ Yes ☒ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☒No

If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

This is an administrative appeal involving errors of law by the Texas Medical Board in issuing sanctions against Appellant.

## XV. Signature

| | |
|---|---|
| | 05/17/2018 |
| Signature of counsel (or Pro Se Party) | Date |
| Elizabeth G. Bloch | 02495500 |
| Printed Name | State Bar No. |
| /s/ Elizabeth G. Bloch | Elizabeth G. Bloch |
| Electronic Signature (Optional) | Name |

## XVI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

/s/ Elizabeth G. Bloch

| | |
|---|---|
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| 02495500 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

       (1)  the date and manner of service;
       (2)  the name and address of each person served, and
       (3)  if the person served is a party's attorney, the name of the party represented by the attorney.

**Please enter the following for each person served:**

Date Served:

Manner Served: Select

Name: Ted A. Ross

Bar No. 2400889

Firm Name: Office of the Attorney General of Texas

Address 1: P.O. Box 12548

Address 2:

City/State/Zip: Austin, Texas 78711

Tel. (512) 475-4191     Ext.          Fax: (512) 457-4674

Email: ted.ross@oag.texas.gov

Party: Texas Medical Board, et al.

---

Date Served:

Manner Served: Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.                    Ext.          Fax:

Email:

Party: Texas Medical Board, et al.

---

Date Served:

Manner Served: Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.                    Ext.          Fax:

Email:

Party: Texas Medical Board, et al.

---

Date Served:

Manner Served: Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.                    Ext.          Fax:

Email:

Party: Texas Medical Board, et al.

---

Date Served:

Manner Served: Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.                    Ext.          Fax:

Email:

Party: Texas Medical Board, et al.